ACCEPTED
15-25-00138-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/7/2025 9:28 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00138

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/7/2025 9:28:53 AM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
# For the Fifteenth District of Texas

## MOTION FOR EXTENSION OF TIME

261st District Court, Travis County, Texas
No. D-1-GN-25-001373

Shamar D. Bradley
Pro Se
10109 Lake Creek Parkway,  #170682
Austin, TX 78717
Telephone: (210) 425-5464
shamar.d.bradley@gmail.com

# IDENTITY OF PARTIES AND COUNSEL

## Petitioner

Shamar D. Bradley
shamar.d.bradley@gmail.com
10109 Lake Creek Parkway, #170682
Austin, TX 78717
Telephone: (210) 425-5464

## Respondents

The Texas Department of Information Resources ("DIR")
The Texas Office of the Attorney General ("OAG")
The Honorable Sherine Thomas

## Counsel for Respondent DIR

### Trial Counsel

Denver Burris
Assistant Attorney General
denver.burris@oag.texas.gov
Texas Bar No. 24138940
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4105
Facsimile: (512) 320-0667

### General Counsel

Josh Godbey
General Counsel
josh.godbey@dir.texas.gov
Texas Bar No. 24049996
300 W. 15th Street, Suite 1300
Austin, TX 78701
Telephone: (512) 475-4550

## Counsel for Respondent OAG

Rosalind L. Hunt
Assistant Attorney General
Texas State Bar No. 24067108
Attorney General Of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 475-4166
Rosalind.Hunt@oag.texas.gov

TO THE HONORABLE FIFTEENTH COURT OF APPEALS OF TEXAS:

## STATEMENT OF JURISDICTION

This Court has exclusive original intermediate appellate jurisdiction over actions involving State Agencies. TEX. GOV'T CODE § 22.220(d)(1). The Appellees, the Texas Office of the Attorney General and Department of Information Resources, are agencies in the executive branch of the state government. This Court has the power to issue all Writs to enforce its original jurisdiction. TEX. GOV'T CODE § 22.221(c-1).

## MOTION FOR EXTENSION OF TIME

The Appellant's Motion for extension of time to file the appellant's brief is due on or before October 6th, 2025. Due to housing insecurity, the Appellant hereby submits this motion for extension of time to submit the Appellant's Brief.

/s/ Shamar D. Bradley
Shamar D. Bradley, MS, MBA, EIT
10109 Lake Creek Parkway, #170682
Austin, TX 78717
shamar.d.bradley@gmail.com

## PRAYER

The Appellant respectfully requests an extension of time to submit the Appellant's Brief.

/s/ Shamar D. Bradley
Shamar D. Bradley, MS, MBA, EIT

1

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties—which are listed below—about the merits of this motion with the following results:

Denver Burris, Lead Counsel for Respondent DIR, opposes the Motion

Rosalind Hunt, Lead Counsel for Respondent OAG, opposes the Motion

## CERTIFICATE OF SERVICE

On October 6th, 2025, this document was served electronically in accordance with Rule 9.2(b)(1) on:

Denver Burris, Lead Counsel for Respondent DIR

    via denver.burris@oag.texas.gov, by electronic filing service

Rosalind Hunt, Lead Counsel for Respondent OAG

    via rosalind.hunt@oag.texas.gov, by electronic filing service

        /s/ Shamar D. Bradley
Shamar D. Bradley, MS, MBA, EIT

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 106526662
Filing Code Description: Motion - Exempt
Filing Description: Motion for Extension of Time to File Appellant???s Brief
Status as of 10/7/2025 9:45 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Denver Burris | | denver.burris@oag.texas.gov | 10/7/2025 9:28:53 AM | NOT SENT |
| Rosalind Hunt | | ROSALIND.HUNT@OAG.TEXAS.GOV | 10/7/2025 9:28:53 AM | NOT SENT |
| Josh Godbey | | JOSH.GODBEY@OAG.TEXAS.GOV | 10/7/2025 9:28:53 AM | NOT SENT |